**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Tammy Grady, | ) | Case No. 1:06-cr-082-02 |
| a/k/a Tammy Jacobs, | ) | |
| | ) | |
| Defendant. | ) | |

On February 12, 2007, the government filed a Motion to Amend or Modify Conditions of Release as to Defendant Tammy Grady. Having been advised that Ms. Grady may be moving away from North Dakota, it requests that her release conditions be modified so as to require supervision if she leaves the jurisdiction and that the court consider appointing Ms. Grady counsel as may be authorized by law. It also requests a hearing and order for appearance by Ms. Grady to resolve the status of her residence and legal representation, if any.

Accordingly, the court shall conduct a hearing on the government's motion on February 20, 2007, at 10:30 a.m. in Bismarck, North Dakota (courtroom #2). The government and Ms. Grady are the only parties that need to appear. However, if Ms. Grady is represented by counsel, her attorney must also appear.

**IT IS SO ORDERED.**

Dated this 13th day of February, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge