# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Tammy Grady, a/k/a | ) | Case No. 1:06-cr-082-02 |
| Tammy Jacobs, | ) | |
| | ) | |
| Defendant. | ) | |

___

On February 12, 2007, the Government filed a Motion to Amend or Modify Conditions of Release as to Defendant Tammy Grady. On February 20, 2007, the court convened a hearing on the motion. AUSA Clare Hochhalter appeared on the government's behalf. Ms. Grady appeared pro se.

Ms. Grady advised the court of her intent to move to Crenshaw, Mississippi, in the near future. However, she reassured the court that she would keep the Clerk of Court apprised of her change of address. Under the circumstances, the court finds no need to modify the conditions of Ms. Grady's release. Accordingly, the court **DENIES** the Government's motion (Docket No. 50) and continues Ms. Grady's existing conditions of release.

**IT IS SO ORDERED.**

Dated this 21st day of February, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge